UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAS J. DiBIASI, ) | No. CV-07-276-LRS |
| ) | |
| Plaintiff, ) | **ORDER GRANTING MOTION FOR PROTECTIVE ORDER** |
| vs. ) | |
| STARBUCKS CORPORATION, et al., ) | |
| Defendants. ) | |

**BEFORE THE COURT** is the Motion For Protective Order (Ct. Rec. 37) filed by Defendants Starbucks Corporation, Leslie Ruff, and Heidi Parr. Pursuant to Fed. R. Civ. P. 26(c)(1), and for the reasons given at the telephonic hearing conducted on January 15, 2009, the motion is **GRANTED**.

The Plaintiff shall not be present during the depositions of Leslie Ruff, Elisa Dannen, and Pam Siegel. He will, however, be allowed to remain in a separate room on the premises where the depositions are being taken. During the depositions, Plaintiff's counsel will have the option of taking recesses as necessary to consult with the Plaintiff. At his option, Plaintiff's counsel may have his private investigator, Ted Pulver, and/or a legal assistant present during the depositions.

//
//
//

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER-    1**

1  **IT IS SO ORDERED**.  The District Court Executive is directed to enter this
2  order and forward copies to counsel of record.
3      **DATED** this ___15th___ day of January, 2009.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
United States District Judge

**ORDER GRANTING MOTION
FOR PROTECTIVE ORDER-         2**