UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAS J. DiBIASI,<br><br>    Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION, et al.,<br><br>    Defendants. | No. CV-07-276-LRS<br><br>**ORDER GRANTING MOTION FOR JUDGMENT AS A MATTER OF LAW** |

    For the reasons provided in open court on November 20, 2009, the Fed. R. Civ. P. 50(a) Motion For Judgment As A Matter Of Law filed by Defendants Ruff and Starbucks (Ct. Rec. 220) is **GRANTED**. Defendants Ruff and Starbucks are granted judgment as a matter of law on Plaintiff's claims for malicious prosecution and violation of the Washington Law Against Discrimination (WLAD).

    **IT IS SO ORDERED**. The District Court Executive is directed to enter this order and forward copies to counsel of record.

    **DATED** this   23rd   day of November, 2009.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
Chief United States District Judge

**ORDER GRANTING MOTION FOR
JUDGMENT AS A MATTER OF LAW - 1**