AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DOUGLAS J. DiBIASI,

        Plaintiff,

v.

STARBUCKS CORPORATION, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-276-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants Leslie Ruff, Heidi Parr and Starbucks Corporation are awarded judgment on all claims asserted against them by plaintiff pursuant to the Court's Orders entered on May 22, 2009, Ct Rec 132, November 23, 2009, Ct Rec 224, and February 3, 2010, Ct Rec 246.

| | |
|---|---|
| February 3, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |