# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DOUGLAS J. DiBIASI,

           Plaintiffs,

           v.

STARBUCKS CORPORATION, et al.,

           Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-276-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered against Plaintiff and in favor of Defendants Starbucks, Leslie Ruff and Heidi Parr as follows:

(1) Defendants Starbucks, Ruff and Parr are each awarded $10,000 in statutory damages from Plaintiff;

(2) Defendants Starbucks, Ruff and Parr are jointly awarded a total of $156,797.62 in attorney fees from Plaintiff; and

(3) Defendants Starbucks, Ruff and Parr are jointly awarded a total of $18,319.79 in reimbursable costs from Plaintiff.

| | |
|---|---|
| June 13, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |